**Tom McAvity, 034403**
**Phoenix Fresh Start Bankruptcy**
**4602 E Thomas Rd, Ste S-9**
**Phoenix, AZ 85018**
**Phone: 602-598-5075**
**Fax: 866-241-4176**
**Email: tom@phxfreshstart.com**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| In re: | ) | Chapter: 7 |
|  | ) | Case No. 2:22-BK-01456-MCW |
|  | ) |  |
| JUAN J. MENDOZA, | ) | AMENDED MOTION TO VACATE ORDER |
|  | ) | OF DISMISSAL AND TO REINSTATE CASE |
|  | ) |  |
| Debtor | |  |

Debtor, JUAN J. MENDOZA, moves the Court to issue an order vacating dismissal of the case and reinstating the case. In support of this motion, Debtor states:

Debtor filed an emergency petition on March 12, 2022.

On March 22, 2022, Debtor executed the balance of Schedules and Statements..

On March 24, 2022, Counsel for Debtor attempted to file the missing Schedules and Statements via ECF and believed that he had succeeded in doing so. The log in Counsel's petition preparation software reflects that the documents were uploaded on that day at 11:16 am.

On March 31, 2022, the above captioned case was dismissed for failure to file the balance of documents.

The missing Schedules and Statements were file successfully shortly after the entry of dismissal. .

If the deadlines for filing for filing complaints under FED. R. BANKR.P. 4004(a) or 4007(c), motions under FED. R. BANKR.P. 107€ or proofs of claim under FED. R. BANKR.P. 3002 (c) expired on or after the date the case was dismissed, or if less than thirty (30) days remains under such deadline, Debtor waives the right to object to complaints, motions or proofs of claim filed under

FED. R. BANKR.P. 4004(a) or 4007(c), 1017(e), and 3002(c) on grounds of timeliness, so long as they are filed in the thirty(30) days following notice of reinstatement of case.

WHEREFORE, Debtor moves this Honorable Court for the entry of an order vacating the dismissal and reinstating the case and for other such other relief as the court deems just and proper.

Respectfully submitted this 4th day of April, 2022.


/s/ Tom McAvity_____
Tom McAvity, 034403
pp


## CERTIFICATE OF SERVICE

This is to certify that the foregoing was submitted on April 4, 2022 in the United States Bankruptcy Court for filing and transmittal of notice of electronic filing to the United States Trustee, the Chapter 7 Trustee and the ECF registrants appearing in this case.

By: */s/Tom McAvity*_____